UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES SPENCER MCLEAN, ET AL.

VERSUS

BIG DOG GROUP, LLC, ET AL.

CIVIL ACTION

NUMBER 15-40-JWD-SCR

**RULING MOTION TO STRIKE**

Before the court is the Motion to Strike Pleading "Response to Civil Suit" filed by the plaintiffs James Spencer McLean and Mary Madeline Hebert McLean. Record document number 9. No opposition has been filed.

Plaintiffs filed this motion seeking to strike defendant Ronald Todd Zeilger's Response to Civil Suit[1] from the record for failing to adhere to the requirements set fort by Rule 10, Fed.R.Civ.P. Plaintiffs argued that the defendant's pleading is insufficient to be construed as an answer to their Complaint.

A review of the defendant's Response shows that he has sufficiently addressed all substantive factual allegations asserted against him in accordance with Rule 8(a)(2) and (3). Although his Response includes some superfluous factual content, the pleading responds the substance of the plaintiffs' claims and is not vague or overly lengthy. Generally speaking, a pro se party's pleadings

---

[1] Record document number 5. The pleading filed by Zeigler does not have a formal label, such as "Answer." It simply begins with "In response to a summons that I received dated 01-28-15." The pleading will be referred to in this ruling as a Response.

are to be held to less stringent standards than formal pleadings drafted by lawyers. *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972). Thus, the defendant's Response, considered as his answer to the plaintiff's Complaint, is sufficient.[2]

Accordingly, the Motion to Strike Pleading "Response to Civil Suit" filed by the plaintiffs James Spencer McLean and Mary Madeline Hebert McLean is denied.

Baton Rouge, Louisiana, September 4, 2015.

*[signature]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiffs' Motion to File Amended Complaint, their Motion to Amend Exhibits, and their subsequent Motion to Strike Defendant Ronald Zeigler's Defendant Response, record document numbers 39, 41 and 44, respectively, will be addressed in a separate ruling.